# Exhibit A

**Risk Classification Assessment Detailed Summary (point-in-time)**
United States Department of Homeland Security
Immigration & Customs Enforcement
ENFORCEMENT AND REMOVAL OPERATIONS

[redacted]

Person ID: [redacted] Sex: **M** DOB: [redacted] **1993** Current Age: **23** COB: **ELSAL** COC: **ELSAL**
Subject ID : **346322259** Processing Disposition: **Bag and Baggage**
Case # : [redacted] Case Category: **8C** Docket: **WCD - Closed Docket**

[redacted]

**Status as of 07/01/2013 1516 : Inactive (archived)**

| | | |
|---|---|---|
| Initialized On: **07/01/2013** | Man Det Stat/Alleg: **N/A** | Custody Decision: **Detained by the Department of Homeland Security** |
| Last Decision Date: **07/01/2013** | Risk to Public Safety: **Medium** | |
| Special Vulnerabilities: **None** | Risk of Flight: **High** | Custody Classification: **High** |

**Recommendations and Decision Results as of 07/01/2013 1516**

| Date / Time | Decision | *Recommendation(Rec.)/Decision Outcome* | Man Det Stat/Alleg | Special Vulner. | Risk to Public Safety | Risk of Flight | Decision By |
|---|---|---|---|---|---|---|---|
| 08/19/2013 1152 | Assessment Inactive (Archived) | *Rec: EARM Case Closed* | N/A | N/A | N/A | N/A | [redacted] |
| 07/01/2013 1516 | Custody Classification Level Decision | High | N/A | None | Medium | High | [redacted] |
| 07/01/2013 1457 | Submitted for Custody Classification Supervisory Approval | *Rec: High* | N/A | None | Medium | High | [redacted] |
| 07/01/2013 1440 | Detain / Release Decision | Detained by the Department of Homeland Security | N/A | None | Medium | High | [redacted] |
| 07/01/2013 1342 | Submitted for Detain/Release Supervisory Approval | *Rec: Detained by the Department of Homeland Security* | N/A | None | Medium | High | [redacted] |
| 07/01/2013 1338 | Risk Classification Assessment Initiated | N/A | N/A | N/A | N/A | N/A | N[redacted] |

**Special Vulnerabilities as of 07/01/2013 1516** **None**

| Added On | Added By | Description |
|---|---|---|
| 07/01/2013 1338 | [redacted] | None |

Additional information relevant to the users observations and assessment:
N/A

*The values above represent all special vulnerabilities that existed on the assessment as of 07/01/2013 1516 .*

**Mandatory Detention per Statutes and Allegations as of 07/01/2013 1516**

| Evaluation Criteria | Outcome |
|---|---|
| Is the alien subject to mandatory detention based on statutes and allegations? | **N/A** |
| Is the alien's case in a final order of removal status? | **Yes** (Final Order: 02/02/2009) |
| Is the final order date within 90 days of the current date? | **No** |
| If the final order date is outside 90 days of the current date, is the alien's removal likely in the reasonably foreseeable future? | **Yes** |
| Is the alien a re-entry after a previous removal order (executed Final Order)? | **No** |

*The values above represent the results of the mandatory detention per statutes and allegations and all case status checks on the assessment as of 07/01/2013 1516 .*

*** The table below lists all INA charges that have been added to the arrest record (encounter associated with the risk classification assessment).**

| | Charged On | Section | Description |
|---|---|---|---|
| | 05/27/2008 | 212a6Ai | ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs) |

★ Indicates an INA charge that will flag the alien as mandatory detention per statutes and allegations.

**Risk to Public Safety as of 07/01/2013 1516** **Risk to Public Safety: Medium**

| Criminal Record Evaluation Criteria | Outcome |
|---|---|
| Severity of pending charges or convictions associated with the ICE encounter. | Increased risk to public safety - Highest Severity *(a) |
| Number of special public safety factors (such as DUI) (excluding those used above). | No relevant criminal history *(b) |
| Single most serious conviction remaining in criminal history (excluding those used above). | Increased risk to public safety - Moderate Severity *(c) |
| Number of felony / misdemeanor convictions remaining (excluding those used above). | No relevant criminal history *(d) |
| History/Pattern of Violence (excluding those used above). | No relevant criminal history. Minimum Threshold: 2 *(e) |

**The table below lists all criminal charges and convictions used in the criminal record checks described above.**

| | Date Added | NCIC | Description | Offense Severity | Charge Date | Conviction Date | Disposition | Sentence Length |
|---|---|---|---|---|---|---|---|---|
| *(a) | 05/02/2013 | 1103 | Rape - Strongarm | Highest | 05/02/2013 | | Pending | 0y 0m 0d |
| N/A | 05/02/2013 | 1399 | Assault | High | 05/02/2013 | | Pending | 0y 0m 0d |
| N/A | 05/02/2013 | 3562 | Marijuana - Possession | Moderate | 03/07/2012 | | Pending | 0y 0m 0d |
| *(c) | 06/28/2013 | 3699 | Sex Offense | Moderate | 05/02/2013 | 06/27/2013 | Convicted | 8y 0m 0d |

*(a) Indicates a conviction used to score the severity of crimes associated with the ICE encounter check (if applicable).
*(b) Indicates convictions used to score the number of special public safety factors check (if applicable).
*(c) Indicates the single conviction used to score the single remaining most serious conviction check (if applicable).
*(d) Indicates the convictions used to score the remaining misdemeanors / felonies check (if applicable).
*(e) Indicates charges used to score the remaining violent criminal charges check (if applicable).

| Other Public Safety Factors Evaluation Criteria | Outcome |
|---|---|
| Type of open wants / warrants. | **None** |
| | |
| Disciplinary Infraction Information Evaluation Criteria | Outcome |

| | |
|---|---|
| Supervision history (e.g., bond breaches, conditions of supervision violations). | **None** |
| Security Threat Group (STG) status. | **No confirmed or suspected STG/gang affiliation** |

*The values above represent the results of the Public Safety Factors evaluation criteria results on the assessment as of 07/01/2013 1516 .*

**Risk of Flight as of 07/01/2013 1516** **Risk of Flight: High**

| Immigration / Substance Abuse / Identification Evaluation Criteria | Outcome |
|---|---|
| Immigration violation history. | **No prior VR(s) and/or VD(s)** |
| History of absconding. | **None** |
| Substance abuse history. | **No Known History of Receiving Treatment** |
| The individual possesses a valid government issued document from their COC. | **No** |
| Does the individual possess invalid identification documents (IDs) from any country? | **No Number of unique names/aliases: N/A** |
| Immigration case status. | **Alien Has a Final Order of Removal, and No Pending Appeals** |

| Home Stability Evaluation Criteria |
|---|
| The individual has lived at his/her address for 6 months or more |

| Ties To Local Community Evaluation Criteria |
|---|
| The Individual has family or support in local community. |
| The individual has family in the US but not in the local community |

*The values above represent the results of the Flight Risk Factors evaluation criteria results on the assessment as of 07/01/2013 1516 .*

The following scoring and list of value (LOV) versions were utilized at the time this decision was completed and data snapshot was stored.

- RCA Scoring Version **2.32**
- Special Vulnerabilities Version **1.0**
- Subject to Mandatory Detention Version **N/A**
- Disciplinary Infractions Version **N/A**