**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Benjamin Casper, Katherine Evans, and Robert Koulish,

Plaintiffs,

v.

U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement,

Defendants.

Civ. No. 16-cv-380 (ADM/BRT)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a) and the parties' Stipulation of Settlement and Dismissal signed by counsel for each party (ECF No. 28),

IT IS HEREBY ORDERED that:

1. The terms of the parties' Stipulation of Settlement and Dismissal are hereby incorporated into this Order for Dismissal;
2. The Court will retain jurisdiction to enforce the terms of the Stipulation of Settlement; and
3. Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 20, 2017.

s/Ann D. Montgomery
Honorable Ann D. Montgomery
United States District Court Judge